# Exhibit 2

| US11083142 | Conviron EXO ("The accused system") |
|---|---|
| 1. A method for producing and harvesting a crop in a daylight-free environment comprising: | The accused system practices a method for producing and harvesting a crop in a daylight-free environment (e.g., environment inside the accused system). <br><br> As shown below, the accused system is a cultivation system having a container body within which crops are grown with no exposure to natural daylight (sunlight). <br><br> <br><br> https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/ |



https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf



https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

| | |
|---|---|
| growing the crop in a culture substrate in a multi-layer daylight-free cultivation system having a number of cultivation shelves above one another, | The accused system practices growing the crop in a culture substrate (e.g., a medium in which the crop is grown) in a multi-layer daylight-free cultivation system (e.g., the accused system) having a number of cultivation shelves (e.g., shelves of the accused system) above one another.<br><br>As shown below, the accused system is a cultivation system having a container body where sunlight (daylight) does not reach, within which crops are grown using growth medium like soil that serve as the culture substrate. The accused system (cultivation system) further comprises shelves on which crops are placed, stacked on top of one another.<br><br><br><br>https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/ |



multi-layer daylight-free cultivation system

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

growing the crop in a culture substrate in a multi-layer daylight-free cultivation system having a number of cultivation shelves above one another



https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/



https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf



https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

| | |
|---|---|
| controlling, in each of said cultivation shelves, a photosynthesis of the crop by controlling a light spectrum supplied to the crop from light emitting diodes, | The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), a photosynthesis of the crop by controlling a light spectrum (e.g., light colors) supplied to the crop from light emitting diodes (e.g., LEDs of the accused system).<br><br>As shown below, the accused system has a lighting system which controls the intensity and provides a balanced spectrum of light to crops on each shelf of the accused system, thereby controlling photosynthesis of the crop.<br><br>**ADVANCED ENVIRONMENTAL CONTROL**<br><br>EXO is equipped with the CMP6060 controller, offering:<br><br>• Precision programming of temperature, humidity, $CO_2$ levels, and lighting.<br><br>• Automated alerts and monitoring, ensuring conditions stay within research parameters.<br><br>• Seamless integration with Argus Controls, allowing centralized management of multiple growth rooms, smaller growth chambers, and greenhouses<br><br>**HIGH-PERFORMANCE LED LIGHTING**<br><br>The standard lighting systems for EXO use high efficiency balanced spectrum LEDs and have a number of advantages:<br><br>• Broad-spectrum LEDs designed to support a variety of plant species and research conditions.<br><br>• Adjustable light intensity up to 1000 µmol/m²/s<br><br>• Dimmable LED options, giving researchers full control over light cycles and intensity.<br><br>https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/ |



controlling a light spectrum supplied to the crop from light emitting diodes

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

## Lighting

The standard lighting systems for the EXO series uses high efficiency balanced spectrum LEDs, delivering 500 µmol/m²/s with 3-levels of intensity in the two and three-tier configuration. With single-tier configuration, intensity becomes 1,000 µmol/m²/s.

Using advanced LEDs with dimming controllable directly through the control system, LED combinations have been designed to ensure uniform light distribution throughout the growing area.

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-

Mar2025-MK0225-Rev-03.pdf



https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

| | |
|---|---|
| controlling, in each of said cultivation shelves, a root temperature of a root system of the crop at a desired value, | The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), a root temperature of a root system of the crop at a desired value.<br><br>As shown below, the accused system has a control system which automatically controls air temperature, water, humidity, CO2 concentrations, and airflow. Upon information and belief, the accused instrumentality provides a water and temperature-controlled environment in direct contact with the root systems of the crops on each shelf, thereby controlling the root temperature of the crops to a desired value. |

**KEY TAKEAWAYS:**

- EXO Plant Growth Rooms provide controlled environments for plant research in an outdoor-ready design.

- They offer precise climate control, uniform airflow, and optimized lighting for reliable, repeatable studies.

- Unlike preassembled container farms that operate as stand-alone units, EXO is installed on-site and offers opportunities for full integration with a central workstation - like all of your other plant growth chambers and rooms.

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

**ADVANCED ENVIRONMENTAL CONTROL**

EXO is equipped with the CMP6060 controller, offering:

- Precision programming of temperature, humidity, $CO_2$ levels, and lighting.

- Automated alerts and monitoring, ensuring conditions stay within research parameters.

- Seamless integration with Argus Controls, allowing centralized management of multiple growth rooms, smaller growth chambers, and greenhouses

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/



## Control & Monitoring

Each EXO comes equipped with Conviron's most advanced controller – the CMP6060. In addition to powerful programming and reporting capabilities, the CMP6060 includes a full-color, high resolution touchscreen with an intuitive graphic interface.

Users can create custom programs for key parameters such as temperature, lighting and humidity and receive audible, visual and email notifications of alarms. Options include connection to your local area network (LAN) and connectivity to a central PC or mobile device with Conviron Central Management™ or anywhere on your laptop or any LAN connected device with Conviron*Direct*. CMP Link allows seamless integration with an Argus Control system for broader facility integration such as with your other chambers, rooms, or greenhouses.

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

Ideal for University researchers and leading ag-biotech companies requiring a high specification growth room for rigorous plant science applications such as plant breeding, phytopathology, or paleobotany.

The EXO Research typically employs a full suite of options according to researcher needs - including ultra low temperature, high light intensities, complex ramp/step programming, additive $CO_2$, $CO_2$ scrubbing, connection to broader network of controlled environments/greenhouses, or seasonal adjustments based on location specific climate data from around the world.

Ideal for vertical farmers that require minimal footprint and maximum yield to price their products competitively and ensure both freshness and flavor. EXO Farm is ideally suited for a variety of green leafy vegetables, microgreens, herbs and fruit production.

Options to maximize space include additional tiers, extending shelving width, room depth or stacking rooms. Each EXO farm includes broad spectrum LED lighting optimized for maximum plant propagation. Other options include precision-controlled auto watering or connection to nutrient delivery systems for single-element dosing and up to 64 user specified recipes.

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

| | |
|---|---|
| | **Factors Affecting Root Zone Temperature**<br><br>Several factors can impact the root zone temperature in hydroponic systems. These include ambient temperature, water temperature, air circulation, and insulation. It's important to monitor and control these factors to maintain the ideal root zone temperature range for different crops.<br><br>https://kryzen.com/optimizing-root-zone-temperature-for-hydroponic-crops/ |
| controlling, in each of said cultivation shelves, carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature | The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature.<br><br>As shown below, the accused system controls light intensity, air temperature, humidity, and airflow across all shelves. Light intensity, ambient air temperature, and airflow are established environmental factors that directly influence leaf temperature. By controlling these parameters, the system together controls the leaf temperature difference of the leaves compared to ambient temperature on each shelf, thereby controlling carbon dioxide assimilation of the leaf system of the crop.<br><br>**KEY TAKEAWAYS:**<br><br>• EXO Plant Growth Rooms provide controlled environments for plant research in an outdoor-ready design.<br><br>• They offer precise climate control, uniform airflow, and optimized lighting for reliable, repeatable studies.<br><br>• Unlike preassembled container farms that operate as stand-alone units, EXO is installed on-site and offers opportunities for full integration with a central workstation - like all of your other plant growth chambers and rooms.<br><br>https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/ |

**ADVANCED ENVIRONMENTAL CONTROL**

EXO is equipped with the CMP6060 controller, offering:

- Precision programming of temperature, humidity, $CO_2$ levels, and lighting.

- Automated alerts and monitoring, ensuring conditions stay within research parameters.

- Seamless integration with Argus Controls, allowing centralized management of multiple growth rooms, smaller growth chambers, and greenhouses

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

### Extend Your Capabilities with These Options

- Additive humidity
- Dehumidification
- $CO_2$ control
- Advanced broad-sprectrum LEDs
- Far red LED lighting
- Air-cooled DX refrigeration systems
- Glycol refrigeration system

### Lighting

The standard lighting systems for the EXO series uses high efficiency balanced spectrum LEDs, delivering 500 µmol/m²/s with 3-levels of intensity in the two and three-tier configuration. With single-tier configuration, intensity becomes 1,000 µmol/m²/s.

Using advanced LEDs with dimming controllable directly through the control system, LED combinations have been designed to ensure uniform light distribution throughout the growing area.

**LED Spectrum**

Measurements of Normalized Photosynthetic Photon Flux



https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf



The airflow design directs conditioned air horizontally across the shelving from uniquely designed ducts on the side wall that reach from floor to ceiling. Air returns upward through circulating fans. Filtered fresh air is conditioned prior to entering the growth area.

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf



## Control & Monitoring

Each EXO comes equipped with Conviron's most advanced controller – the CMP6060. In addition to powerful programming and reporting capabilities, the CMP6060 includes a full-color, high resolution touchscreen with an intuitive graphic interface.

Users can create custom programs for key parameters such as temperature, lighting and humidity and receive audible, visual and email notifications of alarms. Options include connection to your local area network (LAN) and connectivity to a central PC or mobile device with Conviron Central Management™ or anywhere on your laptop or any LAN connected device with ConvironDirect. CMP Link allows seamless integration with an Argus Control system for broader facility integration such as with your other chambers, rooms, or greenhouses.

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

| | |
|---|---|
| | **9.4.2.2 Temperature**<br><br>Air temperature is generally used as the temperature when discussing the influence of temperature on plant photosynthesis or respiration. However, plant body temperature (or leaf temperature) has a direct effect on the biochemical reactions necessary for plant physiology. For example, the leaf temperature at which the maximum net photosynthetic rate is reached falls in the range of 20–30°C. Leaf temperature increases due to the increase in radiant energy absorbed by the leaves and decreases due to the increase in sensible and latent heat energy transported from the leaves to the air. Therefore, environmental factors (light intensity, temperature, humidity, airflow velocity, etc.) associated with this energy balance influence leaf temperature and eventually influence photosynthesis and growth.<br><br>https://www.sciencedirect.com/topics/engineering/leaf-temperature |
| wherein, in each of said cultivation shelves, the control of photosynthesis by controlling the light spectrum, the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted:<br>to one another, | The accused system practices controlling, wherein, in each of said cultivation shelves (e.g., shelves of the nursery station), the control of photosynthesis by controlling the light spectrum (e.g., light colors), the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted: to one another.<br><br>As shown below, the accused system controls photosynthesis (via the LED light), root temperature (via water and temperature-control in contact with the root system), and carbon dioxide assimilation (via leaf temperature relative to ambient) together within a single sealed container environment through its control system. The system configures environmental parameters for a crop. These factors are also physically interdependent: the light incident on the leaf affects leaf temperature, the air and root temperature affect transpiration and stomatal behavior, and stomatal opening governs both carbon dioxide uptake and evaporation. Because all three are controlled together in the same conditioned environment and set jointly for the crop, the control of photosynthesis, the control of root temperature, and the control of carbon |

dioxide assimilation by controlling a leaf temperature difference are adapted to one another in each cultivation shelf.

**KEY TAKEAWAYS:**

- EXO Plant Growth Rooms provide controlled environments for plant research in an outdoor-ready design.

- They offer precise climate control, uniform airflow, and optimized lighting for reliable, repeatable studies.

- Unlike preassembled container farms that operate as stand-alone units, EXO is installed on-site and offers opportunities for full integration with a central workstation - like all of your other plant growth chambers and rooms.

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

**ADVANCED ENVIRONMENTAL CONTROL**

EXO is equipped with the CMP6060 controller, offering:

- Precision programming of temperature, humidity, $CO_2$ levels, and lighting.

- Automated alerts and monitoring, ensuring conditions stay within research parameters.

- Seamless integration with Argus Controls, allowing centralized management of multiple growth rooms, smaller growth chambers, and greenhouses

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

## Extend Your Capabilities with These Options

- Additive humidity
- Dehumidification
- $CO_2$ control
- Advanced broad-sprectrum LEDs
- Far red LED lighting
- Air-cooled DX refrigeration systems
- Glycol refrigeration system

## Lighting

The standard lighting systems for the EXO series uses high efficiency balanced spectrum LEDs, delivering 500 µmol/m²/s with 3-levels of intensity in the two and three-tier configuration. With single-tier configuration, intensity becomes 1,000 µmol/m²/s.

Using advanced LEDs with dimming controllable directly through the control system, LED combinations have been designed to ensure uniform light distribution throughout the growing area.

**LED Spectrum**

Measurements of Normalized Photosynthetic Photon Flux




https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

The airflow design directs conditioned air horizontally across the shelving from uniquely designed ducts on the side wall that reach from floor to ceiling. Air returns upward through circulating fans. Filtered fresh air is conditioned prior to entering the growth area.



https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

## Control & Monitoring



Each EXO comes equipped with Conviron's most advanced controller – the CMP6060. In addition to powerful programming and reporting capabilities, the CMP6060 includes a full-color, high resolution touchscreen with an intuitive graphic interface.

Users can create custom programs for key parameters such as temperature, lighting and humidity and receive audible, visual and email notifications of alarms. Options include connection to your local area network (LAN) and connectivity to a central PC or mobile device with Conviron Central Management™ or anywhere on your laptop or any LAN connected device with Conviron*Direct*. CMP Link allows seamless integration with an Argus Control system for broader facility integration such as with your other chambers, rooms, or greenhouses.

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

**Summary.** Leaf gas exchange of *Vigna unguiculata* was influenced by short-term (day-to-day) changes in soil temperature and the response depended upon the aerial environment. When aerial conditions were constant at 30° C leaf temperature, high air humidity and moderate quantum flux, $CO_2$ assimilation rate and leaf conductance increased with increases in soil temperature from 20 to 35° C, and this response was reversible. Decreases in $CO_2$ assimilation rate and leaf conductance were observed at root temperatures above 30° C when root temperatures were increased from 20° C to 40° C and when air humidity was decreased in steps during the day. In contrast, varying soil temperatures between 20 to 35° C had no influence on gas exchange when shoots were subjected to a wide range of temperatures during each day.

The gain ratio $\partial A/\partial E$ remained constant at different air humi-

in arid and semi-arid habitats. Virtually no studies are known to the authors which investigate short-term effects of high soil temperatures on gas exchange processes at the leaf level. Therefore, the present study was conducted to elucidate this aspect of plant existence in semi-arid environments. *Vigna unguiculata* was studied since it is subjected to high soil temperatures in its natural habitats. Experiments on short-term effects of soil temperature are also relevant to the interpretation of experiments in controlled environments, where pot and shoot temperatures are frequently similar and altered at the same time.

to one another

Cowpeas (*Vigna unguiculata* L. Walp. cv California Blackeye No. 5) were grown in a walk-in growth chamber (Weiss Klima-

https://d1wqtxts1xzle7.cloudfront.net/40003224/Effects_of_day-to-day_changes_in_root_te20151114-26039-o79npt-libre.pdf

| | |
|---|---|
| | lowers photosynthesis. Three days of chilling (10 C) at 170 $w \cdot m^{-2}$ reduces the photosynthetic capacity of youngest-mature *Paspalum* leaves only 30 to 40% while *Sorghum* leaves are essentially inoperative when returned to 25 C after the same stress. Root temperature has a substantial rapid effect on photosynthesis of soybean and little immediate effect on *Sorghum*. Photosynthesis of stress-intolerant species (*Sorghum*) is reduced only slightly more than that of semitolerant species (*Paspalum*) when temperatures are lowered at mid-photo-period, but to a far greater extent if temperatures are reduced at the commencement of a photoperiod. — to one another<br><br>https://academic.oup.com/plphys/article/47/5/713/6091634?login=false |
| forcing the crop into an intended carbon dioxide assimilation, and | The accused system practices forcing the crop into an intended carbon dioxide assimilation.<br><br>As shown below, $CO_2$ is one of the environmental factors that the accused system controls and optimizes. Because the rate of carbon dioxide assimilation (carbon fixation in photosynthesis) is governed by the $CO_2$ available to the leaf, the system, by actively holding the $CO_2$ concentration at an optimized concentration in the sealed environment surrounding the crop on each shelf, drives and thereby forces the crop into the intended carbon dioxide assimilation. |

**KEY TAKEAWAYS:**

- EXO Plant Growth Rooms provide controlled environments for plant research in an outdoor-ready design.

- They offer precise climate control, uniform airflow, and optimized lighting for reliable, repeatable studies.

- Unlike preassembled container farms that operate as stand-alone units, EXO is installed on-site and offers opportunities for full integration with a central workstation - like all of your other plant growth chambers and rooms.

- Multiple configurations support applications like plant breeding, climate simulation, and vertical farming.

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

EXO plant growth chambers are really self-contained, climate-controlled rooms built for outdoor installation. They provide the stable environmental conditions needed for rigorous plant science research while allowing institutions to expand their capacity in a cost-effective way without adding indoor laboratory space.

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

**ADVANCED ENVIRONMENTAL CONTROL**

EXO is equipped with the CMP6060 controller, offering:

- Precision programming of temperature, humidity, $CO_2$ levels, and lighting.

- Automated alerts and monitoring, ensuring conditions stay within research parameters.

- Seamless integration with Argus Controls, allowing centralized management of multiple growth rooms, smaller growth chambers, and greenhouses

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

## OPTIMIZED AIRFLOW FOR UNIFORM GROWTH

Without proper airflow, plants in the same chamber can be exposed to different micro-climates (RH) that affect plant growth negatively through decreased transpiration and photosynthesis. EXO's optimized airflow design provides:

- A unique horizontal airflow system, directing conditioned air evenly across all plant tiers.

- Filtered fresh air intake, to dilute CO2 concentrations, bring it back to optimal levels and ensuring a stable growing environment.

- Precision dehumidification, preventing mold, mildew, and plant stress caused by humidity fluctuations.

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

## Extend Your Capabilities with These Options

- Additive humidity
- Dehumidification
- $CO_2$ control
- Advanced broad-sprectrum LEDs
- Far red LED lighting
- Air-cooled DX refrigeration systems
- Glycol refrigeration system
- Surge protection and uninterrupted power supply to controller
- High sensitivity light sensor

## Lighting

The standard lighting systems for the EXO series uses high efficiency balanced spectrum LEDs, delivering 500 µmol/m²/s with 3-levels of intensity in the two and three-tier configuration. With single-tier configuration, intensity becomes 1,000 µmol/m²/s.

Using advanced LEDs with dimming controllable directly through the control system, LED combinations have been designed to ensure uniform light distribution throughout the growing area.

**LED Spectrum**

Measurements of Normalized Photosynthetic Photon Flux



| | https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf<br><br>The EXO Research typically employs a full suite of options according to researcher needs - including ultra low temperature, high light intensities, complex ramp/step programming, additive $CO_2$, $CO_2$ scrubbing, connection to broader network of controlled environments/greenhouses, or seasonal adjustments based on location specific climate data from around the world.<br><br>https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf |
|---|---|
| controlling an evaporation of said crop via the leaf by regulating a correct amount of energy on the leaf. | The accused system practices controlling an evaporation of said crop via the leaf by regulating a correct amount of energy (e.g., light intensity) on the leaf.<br><br>As shown below, the accused system controls the amount of light energy delivered to the crops on each shelf. The system regulates this energy by optimizing the intensity of the LED array and duration of exposure. As established in plant science, the amount of light energy on the leaf surface directly controls the rate of evaporation from the leaf. By regulating the correct amount of light energy on the leaf via intensity control, the lighting system thereby controls the evaporation of the crop via the leaf. |

**ADVANCED ENVIRONMENTAL CONTROL**

EXO is equipped with the CMP6060 controller, offering:

- Precision programming of temperature, humidity, $CO_2$ levels, and lighting.

- Automated alerts and monitoring, ensuring conditions stay within research parameters.

- Seamless integration with Argus Controls, allowing centralized management of multiple growth rooms, smaller growth chambers, and greenhouses

**HIGH-PERFORMANCE LED LIGHTING**

The standard lighting systems for EXO use high efficiency balanced spectrum LEDs and have a number of advantages:

- Broad-spectrum LEDs designed to support a variety of plant species and research conditions.

- Adjustable light intensity up to 1000 µmol/m²/s

- Dimmable LED options, giving researchers full control over light cycles and intensity.

https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/



https://www.conviron.com/insights/exo-modular-outdoor-plant-growth-rooms/

## Lighting

The standard lighting systems for the EXO series uses high efficiency balanced spectrum LEDs, delivering 500 µmol/m²/s with 3-levels of intensity in the two and three-tier configuration. With single-tier configuration, intensity becomes 1,000 µmol/m²/s.

Using advanced LEDs with dimming controllable directly through the control system, LED combinations have been designed to ensure uniform light distribution throughout the growing area.

https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf



https://conviron.b-cdn.net/uploads/documents/EXO-Growth-Room-Data-Sheet-Mar2025-MK0225-Rev-03.pdf

# The Indirect Heating Effect of Solar Energy

Light also affects the transpiration rate through a physical, indirect mechanism: the conversion of solar energy into heat. Solar radiation that strikes the leaf surface is absorbed and converted to thermal energy, which raises the leaf's temperature. This increase in temperature affects the rate at which water evaporates from the moist cell walls inside the leaf's air spaces.

The warmer the leaf becomes, the higher the concentration of water vapor inside the leaf's intercellular spaces. This creates a steeper gradient between the high vapor concentration inside the leaf and the lower concentration in the surrounding atmosphere, a difference known as the vapor pressure deficit. This steep gradient accelerates the diffusion of water vapor out through the open stomata. Even with the stomata already open due to the direct light signal, the sun's thermal energy drives a faster rate of water loss by increasing the potential for evaporation.

https://scienceinsights.org/how-does-light-affect-the-rate-of-transpiration/

**Environmental factors that affect the rate of transpiration**

1. Light
Plants transpire more rapidly in the light than in the dark. This is largely because light stimulates the opening of the stomata (mechanism). Light also speeds up transpiration by warming the leaf.

**2. Temperature**
Plants transpire more rapidly at higher temperatures because water evaporates more rapidly as the temperature rises. At 30°C, a leaf may transpire three times as fast as it does at 20°C.

**3. Humidity**
The rate of diffusion of any substance increases as the difference in concentration of the substances in the two regions increases. When the surrounding air is dry, diffusion of water out of the leaf goes on more rapidly.

https://bio.libretexts.org/Bookshelves/Introductory_and_General_Biology/ Biology_(Kimball)/16:_The_Anatomy_and_Physiology_of_Plants/ 16.02:_Plant_Physiology/16.2C:_Transpiration

Leaf stomata are the primary sites of transpiration and consist of two guard cells that form a small pore on the surfaces of leaves. The guard cells control the opening and closing of the stomata in response to various environmental stimuli and can regulate the rate of transpiration to reduce water loss. Darkness and internal water deficit tend to close stomata and decrease transpiration; illumination, ample water supply, and optimum temperature open stomata and increase transpiration. Many plants close their stomata under high temperature conditions to reduce evaporation or under high concentrations of carbon dioxide gas, when the plant likely has sufficient quantities for photosynthesis.

https://www.britannica.com/science/transpiration



**stoma with guard cells** Scanning electron micrograph of an open spinach stoma with two guard cells (green). There are two...(more)